<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD M. ZELMA,<br><br>                    Plaintiff,<br><br>        v.<br><br>EVAN KUPERMAN, individually and as owner, officer or managing member of GALAXY NYACK, INC. d/b/a ROCKLAND TOYOTA, AND GALAXY NYACK, INC. d/b/a ROCKLAND TOYOTA AND DOES (1-5); EACH ACTING INDIVIDUALLY, IN CONCERT OR AS A GROUP,<br><br>                    Defendants. | Civil Action No. 2:15-cv-0308 (SDW) (SCM)<br><br>**ORDER**<br><br>November 4, 2015 |

**WIGENTON**, District Judge.

This matter having come before this Court on pro se plaintiff Richard M. Zelma's ("Plaintiff") "Motion to Reopen the Case and in Support for Leave to Amend . . .," which this Court considers a Motion for Reconsideration of this Court's August 13, 2015 Order, pursuant to Federal Local Civil Rule 7.1(i), which granted defendants Evan Kuperman and Galaxy Nyack, Inc. d/b/a Rockland Toyota's Motion to Dismiss Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), and this Court, having carefully considered the parties' submissions and good cause having been shown,

**IT IS** on this 4th day of November, 2015,

**ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED**.  There was no oversight by this Court of the legal issues relevant to the adjudication of this matter.  Amendment

of Plaintiff's Complaint would be futile and therefore the request to amend is **DENIED**.  Further, there is no meritorious basis for reconsideration of this Court's Order dated August 13, 2015.

*s/ Susan D. Wigenton*
**SUSAN D. WIGENTON, U.S.D.J.**

Orig:   Clerk
cc:     Parties
        Magistrate Judge Steven C. Mannion